### Billy G. ASEMANI, Plaintiff–Appellant,

### v.

### Kathleen S. GREEN, Warden, ECI–E; J. Michael Stouffer, Commissioner, Division of Corrections ("D.O.C."); Gary Maynard, Secretary, Department of Public Safety and Correctional Services; Bratten, Ms., Health Administrator ECI, Defendants–Appellees.

No. 09–7925.

United States Court of Appeals, Fourth Circuit.

Submitted: June 17, 2010.

Decided: June 24, 2010.

Billy G. Asemani, Appellant Pro Se. Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy G. Asemani appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Asemani v. Green*, No. 1:08–cv–03397–RDB (D.Md. Sept. 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*